-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

CONSTANT J. CAIDOR, 031-386-998,

        Plaintiff,

    -v-                                   **DECISION AND ORDER**
                                                      11-CV-6379L

DIR (BFDF)TODD TRYON,

        Defendant.

_____

    Plaintiff has requested appointment of counsel (Docket # 4). There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by *Hendricks v. Coughlin*, 114 F.3d 390, 392 (2d Cir. 1997), and *Hodge v. Police Officers*, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's motion for appointment of counsel is denied without prejudice at this time. It is the plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. 28 U.S.C. § 1654.

    IT IS SO ORDERED.

                                            _____
                                            HONORABLE RICHARD J. ARCARA
                                            DISTRICT JUDGE
                                            UNITED STATES DISTRICT COURT

Dated:      Nov. 1   , 2011